IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : No. 5:23-mj-65 (CHW) |
| NANCY TAYLOR, | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant's Unopposed Motion to Continue Trial (Doc. 10), wherein Defendant requests a continuance of the pretrial hearing previously scheduled for November 20, 2023. The Government does not oppose a continuance. Defendant is charged in an information with driving under the influence and was arraigned on October 18, 2023.

In the Motion, Defendant's counsel represents that Defendant requires additional time to complete and review discovery and to investigate the evidence presented in discovery. The Court finds that it is in the interests of justice to continue the pretrial conference to allow Defendant's counsel adequate time to prepare this case and to have access to all necessary evidence. Failure to grant a continuance would deny the Defendant reasonable time for effective preparation and could result in a miscarriage of justice.

1

Accordingly, Defendant's Motion to Continue Trial (Doc. 10) is **GRANTED**, and it is hereby ordered that the pretrial hearing in this case be continued to December 18, 2023, at 9:30 a.m., with trial to be scheduled as necessary thereafter. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 22nd day of November, 2023.

        s/ Charles H. Weigle
        Charles H. Weigle
        United States Magistrate Judge